1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   RICHARD EWENSTEIN (CABN 294649)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6842
7       FAX: (415) 436-7027
        richard.ewenstein@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13   UNITED STATES OF AMERICA,              )   NOS. 19-MJ-71669-MAG
                                            )
14            Plaintiff,                     )   STIPULATION RESETTING HEARING DATE
                                            )   AND EXCLUDING TIME AND [~~PROPOSED~~]
15       v.                                  )   ORDER
                                            )
16   KEVIN FUQUA,                            )
                                            )
17            Defendant.                     )
     _____ )
18

19          It is hereby stipulated by and between counsel for the United States and counsel for the

20   defendant Kevin Fuqua that the status hearing scheduled for July 8, 2020 be reset for August 4, 2020 at

21   10:30 A.M.  It is further hereby stipulated by the parties that the time for preliminary hearing under Fed.

22   R. Crim. P. 5.1(c) be extended pursuant to Fed. R. Crim. P. 5.1(d) and that time be excluded under the

23   Speedy Trial Act from July 8, 2020 through August 4, 2020.

24          The parties stipulate and agree that time be extended for preliminary hearing and excluded under

25   the Speedy Trial Act so that defense counsel can continue to prepare, including by conferring with the

26   defendant regarding the plea offer and reviewing discovery.  The parties stipulate and agree that

27   extending the time for preliminary hearing until August 18, 2020, and excluding time until August 4,

28   2020 will allow for the effective preparation of counsel and will further the public interest in the prompt

1  disposition of this matter by allowing the parties to potentially resolve the matter at an early stage of the

2  proceedings. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); Fed. R. Crim. P. 5.1(d).  The parties further stipulate

3  and agree that the ends of justice served by excluding the time from July 8, 2020 through August 4,

4  2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the

5  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

6      The undersigned Assistant United States Attorney certifies that he has obtained approval from

7  counsel for the defendant to file this stipulation and proposed order.

8

9      IT IS SO STIPULATED.

10  DATED: 07/02/2020                    _____/s/_____
                                        RICHARD EWENSTEIN
11                                      Assistant United States Attorney

12  DATED: 07/02/2020                    _____/s/_____
                                        JOHN JORDAN
13                                      Counsel for Defendant Kevin Fuqua

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RESETTING HEARING AND EXCLUDING TIME AND [PROPOSED] ORDER
Case Nos. 19-MJ-71669-MAG                                          v. 7/10/2018

1

**[PROPOSED] ORDER**

2      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3  Court resets the status hearing from July 8, 2020 to August 4, 2020 and finds that failing to exclude the

4  time from July 8, 2020 through August 4, 2020 would unreasonably deny defense counsel and the

5  defendant the reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice served by

7  excluding the time from July 8, 2020 to August 4, 2020 from computation under the Speedy Trial Act

8  outweigh the best interests of the public and the defendant in a speedy trial.  The Court further finds

9  good cause, pursuant to Fed. R. Crim. P. 5.1(d), to extend the time for preliminary hearing.  Therefore,

10  and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing set on July 8,

11  2020 is reset for August 4, 2020, that the time for preliminary hearing is extended to August 18, 2020,

12  pursuant to Fed. R. Crim. P. 5.1(d), and that time from July 8, 2020 through August 4, 2020 shall be

13  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14

15      IT IS SO ORDERED.

16

17  DATED: _____7/6/2020_____

18  ~~DONNA M. RYU~~  Thomas S. Hixson
    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28